

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2017

No. 04-17-00061-CV

Carlos Antonio **RAYMOND**,
Appellants

v.

Martin Joseph **ROY** and Pizza Ventrue of San Antonio, LLC d/b/a Papa Johns Pizza,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV00935
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On February 27, 2017, in this appeal from a jury trial in a civil suit, Appellant Carlos Antonio Raymond moved this court to appoint counsel to represent him on appeal.

A court may appoint counsel for a pro se civil litigant "under exceptional circumstances." *See Gibson v. Tolbert*, 102 S.W.3d 710, 712 (Tex. 2003) (citing *Travelers Indem. Co. of Conn. v. Mayfield*, 923 S.W.2d 590, 594 (Tex. 1996)); *see also* TEX. GOV'T CODE ANN. § 24.016 (West 2004). Exceptional circumstances are "rare and unusual," and Appellant's motion presents no such circumstances. *See Gibson*, 102 S.W.3d at 713.

Appellant's motion for court-appointed appellate counsel is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2017.

_____
Keith E. Hottle
Clerk of Court